```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| CRAIG and NATALEE LEWIS YOUNG,<br><br>   Plaintiffs,<br><br>   v.<br><br>CAPE MAY COUNTY, et al.,<br><br>   Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 11-5353<br>        (JEI/AMD)<br><br>**ORDER GRANTING DEFENDANTS'<br>MOTION TO DISMISS** |

**APPEARANCES:**

KANE & ASSOCIATES
By: David Kane, Esq.
1500 Walnut Street, Suite 700
Philadelphia, PA 19102
    Counsel for Plaintiffs

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
By: Matthew J. Behr, Esq.
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002
    Counsel for Defendants

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon Defendants' Motion to Dismiss (Dkt. No. 12), the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

   **IT IS** on this   13th   day of August, 2012,

   **ORDERED THAT:**

   1.  Defendants' Motion to Dismiss is hereby **GRANTED**.

   2.  The Clerk of the Court is hereby directed to **CLOSE THIS CASE.**

                           s/Joseph E. Irenas
                    **JOSEPH E. IRENAS, S.U.S.D.J.**